## A08A0585. DOREIKA v. BLOTNER.
(681 SE2d 700)

JOHNSON, Presiding Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court in *Blotner v. Doreika*, 285 Ga. 481 (678 SE2d 80) (2009), our decision in *Doreika v. Blotner*, 292 Ga. App. 850 (666 SE2d 21) (2008), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Miller, C. J., Andrews, P. J., Blackburn, P. J., Smith, P. J., Barnes, Ellington, Phipps, Mikell, Adams, Bernes and Doyle, JJ., concur.*

DECIDED JULY 10, 2009.

*Steven R. Thornton*, for appellant.
*Owen, Gleaton, Egan, Jones & Sweeney, Milton B. Satcher III, Melissa Phillips Reading*, for appellee.